# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT P. DEWINDT,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC,<br><br>Defendant. | Case No. 5:25-cv-00654<br><br>**ORDER RE DISMISSAL [22]** |

    Plaintiff, SCOTT P. DEWINDT, by and through his undersigned attorney, having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, ABSOLUTE RESOLUTIONS INVESTMENTS, LLC.

    IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as ABSOLUTE RESOLUTIONS INVESTMENTS, LLC.

Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: 8/18/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE